**Kentrell Kenny HILL, Appellant,**

v.

**Officer REYES, Police Officer, 13th Judicial Drug Task Force; Jason Dickinson, Deputy, Ouachita County Sheriff's Office; Michael Benson, (Mike), Former Captain, Camden Police Department; Reader, (Reeder), Police Officer, Camden Police Department, Appellees.**

No. 08–3980.

United States Court of Appeals, Eighth Circuit.

Submitted: Sept. 2, 2009.

Filed: Sept. 8, 2009.

Kentrell Kenny Hill, Arkansas Department of Correction, Grady, AR, pro se.

Janan A. Davis, Jeremy Michael McNabb, Jason E. Owens, Rainwater & Holt, Little Rock, AR, for Appellees.

Before BYE, BOWMAN, and BENTON, Circuit Judges.

PER CURIAM.

Arkansas inmate Kentrell Hill appeals the district court's[1] dismissal of his 42 U.S.C. § 1983 complaint as time-barred by Arkansas's three-year statute of limitations. Upon de novo review, *see Strand v. Diversified Collection Serv., Inc.*, 380 F.3d 316, 317 (8th Cir.2004), we conclude dismissal was proper for the reasons stated by the district court. Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable Harry F. Barnes, United States District Judge for the Western District of Arkansas, adopting the report and recommendations of the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas.